```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

VERONICA KOTEK,

                Plaintiff,

vs.                                    Case No.   2:03-cv-692-FtM-33DNF

TERRACINA, LLC, a Minnesota limited
liability company d/b/a Terracina
Grand,

                Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 119), entered on September 6, 2005, recommending that Defendant's Amended Motion for Entitlement to Costs (Doc. # 115) be granted.  As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 119) is **ACCEPTED** and **ADOPTED.**
2.  Defendant's Amended Motion for Entitlement to Costs (Doc. # 115) is **GRANTED** in the amount of $4,472.00.
3.  Defendant is required to complete a bill of costs from the form found on the Middle District of Florida Website (www.flmd.uscourts.gov).
4.  Upon receipt of the correct form, the Clerk of Court shall tax costs in the amount of $4,472.00.

2

5. Defendant's original Motion for Entitlement to Costs (Doc. # 109) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>22</u>nd day of September, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record